UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KARL HINDERMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19-cv-01191-SNLJ |
| FRANCIS B. SANCEGRAW, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On September 30, 2019, the Office of the Attorney General notified the Court that it cannot waive service for defendant Francis B. Sancegraw because he is no longer employed by the Missouri Department of Corrections. Therefore, the Court will direct defense counsel to submit to the Court, under seal, the last known residential address for defendant Sancegraw.

**IT IS HEREBY ORDERED** that defense counsel will provide the Court with defendant Francis B. Sancegraw's last known address, under seal, within **twenty-one (21) days** of the date of this order.

Dated this 8th day of October, 2019.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE