# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KARL HINDERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:19-cv-01191-SNLJ |
| ) | |
| FRANCIS B. SANCEGRAW, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on defense counsel's filing, under seal, of the last known residential address of defendant Francis B. Sancegraw. (Docket No. 18). The Court had ordered the submission of defendant Sancegraw's address, as he is no longer employed by the Missouri Department of Corrections, and cannot be served by the waiver agreement the Court maintains with the Missouri Attorney General's Office. The Court will now direct the Clerk of Court to issue process on defendant Sancegraw in his individual capacity as to plaintiff's claim of excessive force at the address provided by defense counsel.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to issue process or cause process to issue on defendant Francis B. Sancegraw in his individual capacity as to plaintiff's claim of excessive force at the address provided by defense counsel on October 15, 2019.

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis, service shall be effectuated by the United States Marshal's Office through summons pursuant to Fed. R. Civ. P. 4.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and will not be served upon plaintiff, as these documents will contain defendant Sancegraw's last known residential address.

Dated this 28th day of October, 2019.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE